# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINECO, INC., XIA SHENG, and HUAN YAO,<br><br>  Plaintiffs,<br>v.<br><br><br>THE NASDAQ STOCK MARKET LLC,<br><br>  Defendant. | Civil Action No. 1:25-cv-6159<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

  PLEASE TAKE NOTICE that Plaintiffs Shineco, Inc. ("Shineco"), Xia Sheng, and Huan Yao (collectively, the "Plaintiffs") respectfully request withdrawal of the Motion and Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order (the "TRO Motion") (ECF Nos. 7 and 9)[1], which is now moot, and its supporting documents (ECF Nos. 8 and 10).

  On the morning of July 28, 2025, Plaintiffs initiated this case, seeking an initial expedited Temporary Restraining Order ("TRO") to enjoin Defendant Nasdaq Stock Market LLC ("Nasdaq") from suspending from trading and delisting Plaintiff Shineco's securities from Nasdaq. By e-mail in the afternoon of July 28, 2025, a Vice President and Deputy General Counsel of the Nasdaq informed counsel for Plaintiffs that "The Nasdaq Listing and Hearings Council, pursuant to its authority under Rule 5820(b), has decided to call this matter for review and to grant a stay of the Hearings Panel decision pending the outcome of that review." That notification rendered

---

[1] The TRO Motion has multiple docket numbers, as do its supporting documents due to a filing error, initially docketing the TRO Motion under the wrong ECF event category. Counsel have notified the Clerk's Office of the ECF error separately.

administratively moot the need for the TRO that Plaintiffs sought. Accordingly, Plaintiffs hereby notifies this Court that Plaintiffs are withdrawing their Motion for the TRO.

As recounted in the Rule 65 Certification Regarding Motion for Temporary Restraining Order (the "TRO Certification") (ECF No. 10), Counsel for Plaintiffs submitted a letter via e-mail to the Nasdaq Listing and Hearing Review Council (the "Listing Council") at 6:36 A.M. Eastern Daylight Time, on July 28, 2025, requesting that the Listing Counsel call for review and stay the decision of the Nasdaq Hearings Panel to deny the continued listing of Shineco's common stock on the Nasdaq and suspend and subsequently delist Plaintiff Shineco's common stock while the Listing Council reviews the decision of the Nasdaq Hearings Panel. At 8:44 A.M., Counsel for Plaintiffs forwarded via e-mail to the General Counsel and to a Deputy General Counsel of the Nasdaq the earlier e-mail with the letter to the Listing Council. Approximately two hours later, when Plaintiffs' Counsel had received no response to its request to the Listing Counsel, Plaintiffs filed their Complaint with the accompanying request for a TRO. In other words, absent any indication or communication from Nasdaq for the Listing Council that it was willing to maintain the status quo with respect to Shineco's common stock listing and permit the continued trading of Shineco's common stock on the Nasdaq, Plaintiffs sought urgent relief from this Court to order the Nasdaq to do so.

For further reasons of urgency as also stated in the TRO Certification, it was not possible for Plaintiffs to wait until the end of the day for the Nasdaq on behalf of the Listing Council to respond, even if it intended to do so, before filing the TRO Motion. Those reasons were the non-public daily notification by the Nasdaq at approximately 1:00 P.M. daily of, *inter alia*, trading suspensions that would go into effect the next morning. The other is that the effect of the decision by the Hearings Panel to deny Shineco's request to continue its listing on Nasdaq would have been,

*inter alia*, the suspension of the trading in the Company's securities at the open of trading this morning, Tuesday, July 29, 2025.

At 1:21 P.M. yesterday (July 28, 2025), shortly after Plaintiffs filed their TRO Motion, a Deputy General Counsel for Nasdaq notified Plaintiffs' counsel via e-mail that the Listing Council had decided to call for review the Hearing Panel's decision and to stay the Hearing Panel's decision, thus to stay suspension and delisting, pending review. At that point, the TRO Motion no longer appeared necessary. At 2:03 P.M. yesterday as well, a Deputy General Counsel for Nasdaq sent to Counsel for Plaintiffs a letter confirming the earlier e-mail and providing the full briefing schedule and protocol before the Listing Council. Finally, upon confirmation this date of the non-interruption and continuation of active trading of Shineco common stock on the Nasdaq, the TRO Motion became moot.

This rapid turnaround of communications on the same day as case initiation reflected no frivolous intent and was unavoidable given the timeframe of the prospective irreparable harm that would have resulted directly from any suspension and delisting of trading of Shineco common stock.

Dated: July 29, 2025                                 DICKINSON WRIGHT PLLC

                                                     s/ David S. Becker
                                                     David S. Becker (5649702)
                                                     55 West Monroe, Suite1200
                                                     Chicago, IL 60603
                                                     Tel: 312.377.7881
                                                     Fax: 844.670.6009
                                                     DBecker@dickinsonwright.com

                                                     Jacob S. Frenkel *(pro hac vice to be filed)*
                                                     Gregory L. Ewing *(pro hac vice to be filed)*
                                                     Brian S. Yu *(pro hac vice to be filed)*
                                                     1825 I St., N.W., Suite 900
                                                     Washington, DC  20006
                                                     Tel: 202.457.0160 (Switchboard)

        Tel: 202.466.5953 (Frenkel)
        Tel: 202.659.6954 (Ewing)
        Tel: 202.659.6972 (Yu)
        Fax: 844.670.6009
        jfrenkel@dickinsonwright.com
        gewing@dickinsonwright.com
        byu@dickinsonwright.com

        *Attorneys for Plaintiffs Shineco, Inc., Xia Sheng, and Huan Yao*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2025, I electronically filed or caused to be filed the foregoing *Notice of Withdrawal of Plaintiffs' Motion for Temporary Restraining Order* with the Clerk of the Court using the CM/ECF system, which will send electronic notice to counsel of record.

        s/ David S. Becker
        David S. Becker (5649702)
        55 West Monroe, Suite1200
        Chicago, IL 60603
        Tel: 312.377.7881
        Fax: 844.670.6009
        DBecker@dickinsonwright.com

In light of the instant letter, Plaintiffs' motion for a temporary restraining order is denied without prejudice as moot. The Clerk of Court is respectfully directed to close Docket Numbers 9 and 10.

SO ORDERED.
Date: July 30, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge