UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SHINECO, INC. *et al.*,                                                 :
                                                                         :
                          Plaintiffs,                                    :
                                                                         :   25 Civ. 6159 (JPC)
          -v-                                                            :
                                                                         :   ORDER
THE NASDAQ STOCK MARKET, LLC,                                            :
                                                                         :
                          Defendant.                                     :
                                                                         :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Complaint in this action was filed on July 28, 2025, as was a motion for a temporary restraining order. *See* Dkts. 1, 9, 10. The next day, Plaintiffs withdrew their motion for a temporary restraining order. Dkt. 13. While Defendant has appeared in this action, *see* Dkts. 12, 18, to date Defendant has neither answered nor otherwise responded to the Complaint. By October 10, 2025, Defendant shall file a letter with this Court as to its intent to answer or otherwise respond to the Complaint and to any other next steps in this action.

      SO ORDERED.

Dated: October 2, 2025
       New York, New York
                                        JOHN P. CRONAN
                                      United States District Judge