# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINECO, INC., XIA SHENG, and HUAN YAO,<br><br>    Plaintiffs,<br>v.<br><br>THE NASDAQ STOCK MARKET LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-6159 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiffs Shineco, Inc., Xia Sheng, and Huan Yo's Emergency Motion for a Temporary Restraining Order ("TRO") (Dkt. No. 26), filed on October 3, 2025. Upon consideration of the papers, the Court **GRANTS** the application.

**IT IS HEREBY ORDERED** that, pending a hearing for determination of an Order to Show Cause Why a Preliminary Injunction Should Not Issue, Defendant Nasdaq, and all of its respective agents, employees, or attorneys, shall be and hereby are **RESTRAINED AND ENJOINED** from suspending or delisting the shares of Shineco, Inc., and from making any related announcement stating its intention to do the same.

Under Fed. R. Civ. Proc. 65(b)(2), a TRO must expire no later than 14 days after the time it is issued unless the court extends it for good cause. Therefore, the Court hereby **SETS** a hearing on Plaintiffs' request for an Order to Show Cause Why a Preliminary Injunction Should Not Issue for October __, 2025, at __:__.

Dated:

New York, New York                                    SO ORDERED:

                                                      _____