UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHINECO, INC. *et al.*,                                                :
:
                        Plaintiffs,                :
:       25 Civ. 6159 (JPC)
         -v-                                                        :
:       <u>ORDER</u>
THE NASDAQ STOCK MARKET, LLC,                                          :
:
:
                        Defendant.                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By October 10, 2025, the parties shall file a joint letter with this Court explaining the status of this case and any next steps to be taken.

      SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge