IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHINECO, INC., XIA SHENG, and HUAN YAO,<br><br>    Plaintiffs,<br>v.<br><br><br>THE NASDAQ STOCK MARKET LLC,<br><br>    Defendants. | Civil Action No. 1:25-cv-6159 |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs SHINECO, INC., XIA SHENG, and HUAN YAO, hereby voluntarily dismiss *without prejudice* the above captioned action.  The NASDAQ Stock Market LLC has not filed an Answer or motion for summary judgment in this action.

Respectfully submitted,

Dickinson Wright PLLC

Dated: October 10, 2025

*/s/ Gregory L. Ewing*
Gregory L. Ewing
International Square
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
202-457-0160
GEwing@dickinsonwright.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on October 10, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

Dated: October 10, 2025                        */s/ Gregory L. Ewing*
                                                         Gregory L. Ewing
                                                         International Square
                                                         1825 Eye Street N.W., Suite 900
                                                         Washington, D.C. 20006
                                                         202-457-0160
                                                         GEwing@dickinsonwight.com
                                                         *Attorney for Plaintiffs*